# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:16-cr-270 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LAUDEN A. SULLIVAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 3/7/2023. A supplemental violation report was filed on 4/5/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that the parties appeared for a preliminary hearing on 4/12/2023, and the defendant waived his right to a preliminary hearing, which the Court accepted. The hearing involved the following violation:

1. New Law Violation.
2. Failure to Notify Officer of Change of Address.

A final supervised release violation hearing was conducted on 6/9/2023. Present were the following: Assistant U.S. Attorney Christopher Joyce, representing the United States; Attorney Darin Thompson, representing the defendant; the Defendant Lauden A. Sullivan; and United States Probation Officer Colin Boone. The Defendant waived his right to a revocation hearing and admitted to violating the conditions of his supervised release as charged in the violation report.

The Court accepts the waiver, adopts the report and recommendation, and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a period of 3 months. Upon release from imprisonment, the defendant is to serve a term of supervised release of 4 years with the same terms and conditions as previously ordered, with the following additional condition: You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 9, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT COURT**
**CHIEF JUDGE**